IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARION WILLIAMS, | CASE NO.: |
| Plaintiff, | |
| v. | **PETITION FOR REMOVAL BASED UPON DIVERSITY OF CITIZENSHIP** |
| RICHARD ALLETAG AND D & M CARRIERS, LLC, | |
| Defendants. | JANUARY 13, 2021 |

NOW COME petitioners/defendants, Richard Alletag and D & M Carriers, LLC, by and through their undersigned counsel, and respectfully petition this Honorable Court as follows:

1. Petitioners are the defendants in a civil action captioned *Marion Williams v. Richard Hans Alletag, et al.,* which has been filed in the Connecticut Superior Court, Judicial District of Windham at Putnam (hereafter, the "state court action"). The docket number in the state court action is WWM-CV21-6021066-S. A copy of the Complaint in the state court action is submitted herewith as Exhibit A.

2. The Complaint in the state court action sounds in negligence and arises from a motor vehicle accident alleged to have occurred at about 4:00 p.m. on July 13, 2019, within the parking lot of Frito Lay, Inc., 1886 Upper Maple Street in Dayville, Connecticut. Plaintiff alleges that at that time and place, he was present within his stopped vehicle when the defendant driver, Richard Alletag, collided with it as he (Alletag) was attempting to make

1

a U-turn.  *Please see Complaint, Count One, Paras. 3 – 5.*  The plaintiff alleges that at the time of the incident, defendant Alletag was operating his vehicle as the employee and/or agent of defendant D & M Carriers, LLC, making that defendant vicariously liable for the alleged negligence of defendant Alletag.  *Please see Complaint, Counts One, Para. 6 and Count Two.*

3. Among the permanent injuries and losses claimed by the plaintiff are the following: impingement of the left shoulder and tearing of the left rotator cuff requiring surgical repair, left bicep tenosynovitis, disc bulges at C2-C3 and C3 – C4, disc protrusion at C4 – C5, and disc herniations with annular tearing at C5 – C6 and C6 – C7.  The plaintiff claims these injuries necessitated medical treatment including surgery, and that he will potentially need additional treatment in the future, including further surgery.  Plaintiff further alleges that he has been obliged to spend sums of money for medical care, and will in future incur such expenses.  *Please see Complaint, Count One, Paras. 8 – 10.*  The plaintiff further claims to have sustained a loss of enjoyment of life's activities, general pain and suffering (past and future), and lost income.  *Please see Complaint, Count One, Paras. 11 – 12.*

4. This action is being removed to the District Court pursuant to Title 28, United States Code § 1441(a).  In support of this Petition for Removal, Petitioners respectfully state and represent to the Court as follows:

a. By Complaint dated December 22, 2020, Plaintiff filed suit against the Petitioners.  Service was accomplished upon Petitioner Alletag on or about January 5, 2021, through the Commissioner of Motor Vehicles, and on Petitioner D & M Carriers, LLC on

January 4, 2021, through the Commissioner of Motor Vehicles.  The Complaint seeks venue in the Superior Court of Connecticut, the Judicial District of Windham at Putnam.

    b.    The Plaintiff is citizen and domiciliary of the State of Connecticut.  *Please see Summons, submitted herewith as Exhibit B*.

    c.    Petitioner Richard Alletag is, and at all times relevant was, a citizen and domiciliary of the State of California.

    d.    Petitioner D & M Carriers, LLC is a limited liability company organized and existing under the laws of the State of Oklahoma, with its principal place of business being Oklahoma City, Oklahoma.  The principal and sole owner of D&M Carriers, LLC is Mr. David Freymiller.  Mr. Freymiller is a resident and domiciliary of the State of Oklahoma.

    e.    In his Complaint, Plaintiff alleges that as a result of the subject incident, he suffered multiple physical injuries and monetary losses, which are serious and permanent in nature, including those injuries described in detail above.  He further asserts a claim of a pain and suffering, future loss, inability to pursue his life's usual activities, and lost income.  Thus, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

    5.    This Court has original jurisdiction over this Action pursuant to 28 U.S.C. §1332(a)(1) because there is complete diversity of citizenship between the Plaintiff and the Petitioners, and because the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

    6.    Venue is proper pursuant to 28 U.S.C. §1391(a) and (b), because the events giving rise to the Plaintiff's claims occurred within the State of Connecticut and the Petitioners are subject to personal jurisdiction in Connecticut.

7. Pursuant to 28 U.S.C. §1446(d), the Petitioners have notified the Superior Court of the State of Connecticut, Judicial District of Windham at Putnam, of the filing of this Petition. *Please see Notice of Removal submitted herewith as Exhibit C.*

WHEREFORE, based upon the foregoing, Petitioners respectfully request that the state court action be removed to the United States District Court for the District of Connecticut pursuant to 28 U.S.C. §1441(a), and that further proceedings in the Superior Court of Connecticut, Judicial District of Windham at Putnam, be discontinued.

Respectfully submitted,

DEFENDANTS/PETITIONERS,
RICHARD ALLETAG AND
D & M CARRIERS, LLC

By: /s/ *Michael P. Kenney*
Michael P. Kenney
Federal Bar No. ct26768
RYAN RYAN DELUCA LLP
185 Asylum St., 6th Floor
Hartford CT 06103
Ph: 860-785-5157
Fax: 860-785-5040
mpkenney@ryandelucalaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARION WILLIAMS, | CASE NO.: |
| Plaintiff, | |
| v. | **PETITION FOR REMOVAL BASED UPON DIVERSITY OF CITIZENSHIP** |
| RICHARD ALLETAG AND D & M CARRIERS, LLC, | |
| Defendants. | JANUARY 13, 2021 |

      I hereby certify that on January 13, 2021, a copy of the foregoing document was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

<u>A copy of the foregoing was mailed to:</u>

Andrew Bottinick, Esq.
Carter Mario Law Firm
100 Plains Road
Milford CT 06461
*Attorneys for the Plaintiff*

                                                    /s/ *Michael P. Kenney*
                                           Michael P. Kenney
                                           Fed. Bar No. ct26768